UNITED STATES ex rel. Salvatore GIA-COBBI, Appellant, v. J. Arthur FLUCKEY, Director of Immigration, Appellee.

No. 240.

Circuit Court of Appeals, Second Circuit.

March 25, 1940.

Rulison, Parker & Ryan and William Ryan, all of Syracuse, N. Y., for appellant.

Ralph L. Emmons, U. S. Atty., of Binghamton, N. Y., and Andrew J. Culick, Asst. U. S. Atty., of Amsterdam, N. Y., for appellee.

Before L. HAND, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Order, 32 F.Supp. 508, affirmed.